784

No. 463. WITT v. RAGEN, WARDEN. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Kendall County, Illinois, denied.

No. 472. BOOTH v. ADERHOLD, WARDEN. January 2, 1946. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Mrs. Readie P. Ashurst* for petitioner.

No. 491. WELCH v. RAGEN, WARDEN. January 2, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 492. WOODS v. RAGEN, WARDEN. January 2, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Nos. 493 and 494. KIRSCH v. RAGEN, WARDEN. January 2, 1946. Petitions for writs of certiorari to the Criminal Court, Cook County, Illinois, denied.

No. 508. FLEEGER v. RAGEN, WARDEN. January 2, 1946. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied.

No. 512. TAYLOR v. ILLINOIS. January 2, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 513. MATHEWS v. RAGEN, WARDEN. January 2, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.